UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

CHAPTER 13 PLAN COVER SHEET

| | | | |
|---|---|---|---|
| Filing Date: | 1/03/17 | Docket #: | 17-10012 JNF |
| Debtor: | Gail Balser | Co-Debtor: | |
| SS#: | xxx-xx-5925 | SS#: | |
| Address: | 1 Medbury Road<br>North Attleboro, MA 02760 | Address: | |
| Debtor's Counsel: | Gary W Cruickshank | | |
| Address: | 21 Custom House Street, Suite 920<br>Boston, MA 02110 | | |
| Telephone #: | 617-330-1960 | | |
| Facsimile #: | | | |

ATTACHED TO THIS COVER SHEET IS THE CHAPTER 13 PLAN FILED BY THE DEBTOR(S) IN THIS CASE. THIS PLAN SETS OUT THE PROPOSED TREATMENT OF THE CLAIMS OF CREDITORS. THE CLAIMS ARE SET FORTH IN THE BANKRUPTCY SCHEDULES FILED BY DEBTOR(S) WITH THE BANKRUPTCY COURT.

YOU WILL RECEIVE A SEPARATE NOTICE FROM THE BANKRUPTCY COURT OF THE SCHEDULED CREDITORS' MEETING PURSUANT TO 11 U.S.C. § 341. THAT NOTICE WILL ALSO ESTABLISH THE BAR DATE FOR FILING PROOFS OF CLAIMS.

PURSUANT TO THE MASSACHUSETTS LOCAL BANKRUPTCY RULES, YOU HAVE UNTIL THE LATER OF (i) THIRTY (30) DAYS AFTER THE FIRST DATE SET FOR THE SECTION 341 MEETING, OR (ii) THIRTY (30) DAYS AFTER SERVICE OF A MODIFIED PLAN TO FILE AN OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN, WHICH OBJECTION MUST BE SERVED ON THE DEBTOR, DEBTOR'S COUNSEL AND THE CHAPTER 13 TRUSTEE.

# OFFICIAL FORM 3
# PRE-CONFIRMATION CHAPTER 13 PLAN

CHAPTER 13 PLAN - 2nd Amended

Docket No.: **17-10012 JNF**

DEBTORS:   (H)  **Gail Balser**    SS# **xxx-xx-5925**

(W) _____    SS# _____

I. PLAN PAYMENT AND TERM:

Debtor's shall pay monthly to the Trustee the sum of $ **225.00** for the term of 8 months and **$4,341.94** for 52 months

☐ 36 Months. 11 U.S.C. § 1325(b)(4)(A)(i);

☐ 60 Months. 11 U.S.C. § 1325(b)(4)(A)(i);

☑ 60 Months. 11 U.S.C. § 1322(d)(2). Debtor avers the following cause:

**The Debtor has insufficient income to complete a plan in less than 60 months.**

☐ ___ Months. The Debtor states as reasons therefore:

_____

**Detailed description of Plan Payments:**
**$225.00 per month for 8 months**
**$4,341.94 per month for 52 months**

II. SECURED CLAIMS

A. Claims to be paid through the plan (including arrears):

| Creditor | Description of Claim (pre-petition arrears, purchase money, etc.) | | Amount of Claim |
|---|---|---|---|
| **Americas Servicing Co** | **Pre-petition arrears** | $ | 194,022.38 |
| **City of Attleboro** | **Statutory Lien, Municipal Lien** | $ | 10,800.00 |

Total of secured claims to be paid through the Plan  $    204,822.38

B. Claims to be paid directly by debtor to creditors (Not through Plan):

| Creditor | Description of Claim |
|---|---|
| **Americas Servicing Co** | **First Mortgage (Plan Provision 1)** |
| **Nationstar** | **First Mortgage (Plan Provision 2)** |

C. Modification of Secured Claims:

| Creditor | Details of Modification (Additional Details May Be Attached) | Amt. of Claim to Be Paid Through Plan |
|---|---|---|
| **Americas Servicing Co** | **This claim has been bifurcated into a secured and unsecured claim. \*\*** | 0.00 |
| **Nationstar** | **Debtor is applying for a loan modification to resolve any arearages.** | 0.00 |

D. Leases:

    i. The Debtor(s) intend(s) to reject the residential/personal property lease claims of **-NONE-**; or

    ii. The Debtor(s) intend(s) to assume the residential/personal property lease claims of **-NONE-**.

    iii. The arrears under the lease to be paid under the plan are **0.00**.

## III. PRIORITY CLAIMS

A. Domestic Support Obligations:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **-NONE-** | | $ |

B. Other:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **-NONE-** | | $ |

Total of Priority Claims to Be Paid Through the Plan $ **0.00**

## IV. ADMINISTRATIVE CLAIMS

A. Attorneys fees (to be paid through the plan): $ **0.00**

B. Miscellaneous fees:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **-NONE-** | | $ |

C. The Chapter 13 Trustee's fee is determined by Order of the United States Attorney General. The calculation of the Plan payment set forth utilizes a 10% Trustee's commission.

## V. UNSECURED CLAIMS

The general unsecured creditors shall receive a dividend of **0** % of their claims.

A. General unsecured claims: $ **376,980.00**

B. Undersecured claims arising after lien avoidance/cramdown:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **Americas Servicing Co** | **First Mortgage (Plan Provision 1)** | $ **160,245.54** |

C. Non-Dischargeable Unsecured Claims:

| Creditor | Description of claim | Amount of Claim |
|---|---|---|
| **-NONE-** | | $ |

Total of Unsecured Claims (A + B + C): $ **537,225.54**

D. Multiply total by percentage: $ **0.00**
(Example: Total of $38,500.00 x .22 dividend = $8,470.00)

E. Separately classified unsecured claims (co-borrower, etc.):

| Creditor | Description of claim | | Amount of claim |
|---|---|---|---|
| -NONE- | | $ | |

Total amount of separately classified claims payable at ____%    $            0.00

## VI. OTHER PROVISIONS

A. Liquidation of assets to be used to fund plan:

B. Miscellaneous provisions:
(Provision 1) - Claim to HSBC Bank USA NA as Trustee for Nomura Assest Acceptance Corporation c/o Wells Fargo Bank aka Americas Servicing Company:
The value of the property located at 38 Elizabeth Island Rd, Mashpee, Massachusetts has been determined to be $510,278. The claim to Americas Servicing Company has been bifurcated and treated as a secured claim of $510,278 and and unsecured claim of $160,254.54.

(Provision 2) - Claim to HSBC Bank USA, NA c/o Nationstar Mortgage LLC:
The Debtor is in the process of applying for a loan modification for the mortgage on 11 Steeple Chase Cricle, Attleboro, MA and expects the arrearage to be resolved in the modification.

(Provision 3) - The Debtor owns a 25% interest in the CWB Realty Trust. The CWB Realty Trust owns four properties listed in the Debtors schedules. The secured debt on each trust property exceeds the fair market value. The trust has no other assets. The income from the property is insufficient to service the debt on the property. The arrearages and payments on the following mortgages will be handled outside the plan by the beneficiaries holding the remaining 75% interest by way of a loan modification and/or repayment plan. This includes the mortgage on 244 County St, Attleboro, MA to Federal National Mortgage Association c/o Seterus Inc in the amount of $489,200.66, the mortgage on 1 Medbury Rd (aka 1 Rolfe Rd), North Attleboro, MA to Deutsche Bank National Trust Company c/o Ocwen Loan Servicing LLC in the amount of $677,496.05, the mortgage on 468 Old Post Rd, North Attleboro, MA to MTGLQ Investors LP c/o Rushmore Loan Management Services in the amount of $273,068.76, and the mortgage on 387 Old Colony Rd, Norton, MA to Federal National Mortgage Association c/o Seterus Inc. in the amount of $234,965.72. A loan modification and/or repayment plan has been requested for each of these properties and are expected to be resolved by November 1, 2017.

## VII. CALCULATION OF PLAN PAYMENT

| | | |
|---|---|---|
| a) Secured claims (Section II-A&D Total): | $ | 204,822.38 |
| b) Priority claims (Section III-A&B Total): | $ | 0.00 |
| c) Administrative claims (Section IV-A&B Total): | $ | 0.00 |
| d) Regular unsecured claims (Section V-D Total): | $ | 0.00 |
| e) Separately classified unsecured claims: | $ | 0.00 |
| f) Total of a + b + c + d + e above: | =$ | 204,822.38 |
| g) Divide (f) by .90 for total including Trustee's fee: | | |
| Cost of Plan= | $ | 227,580.88 |

(This represents the total amount to be paid into the chapter 13 plan)

h. Divide (g), Cost of Plan, by Term of plan,            60 months
i. Round up to nearest dollar for Monthly Plan Payment:    8 months @    $       225.00
(Enter this amount on page 1)                              52 months @         4,341.94

Pursuant to 11 U.S.C. § 1326(a) (1), unless the Court orders otherwise, a debtor shall commence making the payments proposed by a plan within thirty (30) days after the plan is filed.
Pursuant to 11 U.S.C. §1326(a)(1)(C), the debtor shall make preconfirmation adequate protection payments directly to the secured creditor.

VIII. LIQUIDATION ANALYSIS

A. Real Estate:

| Address | Fair Market Value | Total Amount of Recorded Liens (Schedule D) |
|---|---|---|
| 38 Elizabeth Island Rd Mashpee, MA 02649 Barnstable County | $ 510,278.00 | $ 670,523.54 |
| 11 Steeple Chase Circle Attleboro, MA 02703 Bristol County | $ 266,100.00 | $ 436,569.70 |

Total Net Equity for Real Property: $ 0.00
Less Exemptions (Schedule C): $ 0.00
Available Chapter 7: $ 0.00

B. Automobile (Describe year, make and model):

CWB Realty Trust -Plan Provision 3
  25% interest
net value of assets is $0
  real estate properties are fully encumbered
    386 Old Colony Rd, Norton, MA
    468 Old Post Rd, N Attleboro, MA
    1 Medbury Rd, N Attleboro, MA
    244 C

Value $ 0.00    Lien $ 0.00    Exemption $ 0.00

Total Net Equity: $ 0.00
Less Total Exemptions (Schedule C): $ 0.00
Available Chapter 7: $ 0.00

C. All other Assets (All remaining items on Schedule B): (Itemize as necessary)

Household furniture
TVs, computers
clothing
watch, rings, necklace
dogs
Cash
checking: Bank account - TD bank
IRA: Midland IRA
estimated tax refund
Metropolitan Life Insurance- no cash value

Total Net Value: $ 17,551.00
Less Total Exemptions (Schedule C): $ 17,551.00
Available Chapter 7: $ 0.00

D. Summary of Liquidation Analysis (total amount available under Chapter 7):

Net Equity (A and B) plus Other Assets (C) less all claimed exemptions: $ 0.00

E. Additional Comments regarding Liquidation Analysis:

## IX. SIGNATURES

Pursuant to the Chapter 13 rules, the debtor or his or her counsel is required to serve a copy of the Plan upon the Chapter 13 Trustee, all creditors and interested parties, and to file a Certificate of Service accordingly.

/s/ Gary W Cruickshank                                       August 28, 2017
**Gary W Cruickshank**                                       Date
Debtor's Attorney
Attorney's Address:  **21 Custom House Street, Suite 920**
                     **Boston, MA 02110**
         Tel. #:      **617-330-1960**
         Email Address: **gwc@cruickshank-law.com**

I/WE DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.

Date  **August 28, 2017**                    Signature   /s/ Gail Balser
                                                         **Gail Balser**
                                                         Debtor

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BANKRUPTCY DIVISION

| | ) | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| GAIL BALSER | ) | Case No. 17-10012-JNF |
| Debtor | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I, Gary W. Cruickshank, hereby certify that on August 28, 2017, I electronically filed with the Clerk of the Bankruptcy Court, the attached Second Amended Chapter 13 Plan and served same in the following manner upon the interested parties:

E-mail service: via the Court's CM/ECF system which sent notification of such filing to the following:

- **Carolyn Bankowski**      13trustee@ch13boston.com
- **John Fitzgerald**        USTPRegion01.BO.ECF@USDOJ.GOV
- **Stephanie Babin**        bankruptcy@orlansmoran.com
- **Richard T. Mulligan**    mabk@harmonlaw.com

And to all parties on the annexed list via regular United States mail, postage prepaid.

Gail Balser
By her Counsel,


/s/Gary W. Cruickshank, Esq.
21 Custom House Street
Suite 920
Boston, MA 02110
(617) 330-1960
(BBO107600)
gwc@cruickshank-law.com

Americas Servicing Co
PO Box 10328
Des Moines, IA 50306

City of Attleboro
77 Park Street
PO Box 4127
Attleboro, MA 02703

CP Rich Plumbing
250E Main St
Norton, MA 02766

Francis and Yveette Gunning
10-14 Steeple Chase Circle
Attleboro, MA 02703

Michael Chisholm
201 John Scott Blvd
Norton, MA 02766

National Grid
PO Box 1048
Woburn, MA 01807

Nationstar
1010wMockingbird suite 100
Dallas, TX 75247