**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS (BOSTON)**

| | |
|---|---|
| IN RE:<br>Gail Balser, Debtor | CHAPTER 13<br>CASE NO. 17-10012-JNF |

## MOTION TO APPROVE LOAN MODIFICATION AGREEMENT

Now comes Federal National Mortgage Association, regarding the mortgage on the property located at 387 Old Colony Road, Norton, MA 02766. A copy of the modification agreement has been attached hereto as Exhibit 'A'. The terms of the loan modification are summarized, in part, in the Summary of Loan Modification (Official Local Form 20) which is appended hereto consistent with MLBR Appendix 1, Rule 13-15(b) and incorporated by reference.

FNMA respectfully requests that this Court approve said loan modification.

                    Respectfully submitted,

                    Federal National Mortgage Association,
                    By its attorney,

                    /s/Joshua Ryan-Polczinski
                    Joshua Ryan-Polczinski, Esquire
                    BBO# 678007
                    Harmon Law Offices, PC
                    150 California Street
                    Newton, MA 02458
                    617-558-0500
Dated May 3, 2018          mabk@harmonlaw.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| IN RE: <br> Gail Balser, Debtor | CHAPTER 13 <br> CASE NO. 17-10012-JNF |

### CERTIFICATE OF SERVICE

I, Joshua Ryan-Polczinski, Esquire, state that on May 3, 2018, I electronically filed the foregoing Motion to Approve with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

John Fitzgerald, Esquire, Assistant US Trustee
Carolyn Bankowski, Esquire, Ch. 13 Trustee
Gary W. Cruickshank, Esquire for the Debtor
Amy J. Megliola, Esquire for City of Attleboro
Catherine V. Eastwood, Esquire for Deutsche Bank National Trust Company
Marcus Pratt, Esquire for Deutsche Bank National Trust Company
Julie Ranieri, Esquire for Deutsche Bank National Trust Company
Marcus Pratt, Esquire for Federal National Mortgage Association
Stephanie E. Babin, Esquire for Federal National Mortgage Association ("Fannie Mae") creditor c/o Seterus, Inc.
Tatyana P. Tabachnik, Esquire for Federal National Mortgage Association (" Fannie Mae") creditor c/o Seterus, Inc.
Stephanie E. Babin, Esquire for HSBC Bank USA, National Association
Bryan S. Fairman, Esquire for HSBC Bank USA, National Association
Stephanie E. Babin, Esquire for HSBC Bank USA, National Association as Trustee for Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2007-1
Andrew Cannella, Esquire for MTGLQ Investors, LP
Derek A. Castello, Esquire for MTGLQ Investors, LP
Joseph Dolben, Esquire for Nationstar Mortgage LLC
Megan O'Keefe Manzo, Esquire for Nationstar Mortgage LLC
Marcus Pratt, Esquire for U.S. Bank Trust N.A., as Trustee for LSF10 Master Participation Trust

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non CM/ECF participants:

/s/Joshua Ryan-Polczinski
Joshua Ryan-Polczinski, Esquire
BBO# 678007
HARMON LAW OFFICES, PC
150 California Street
Newton MA 02458
617-558-0500

mabk@harmonlaw.com

Gail Balser
1 Medbury Road
North Attleboro, MA 02760